RCVD 9/27/2010
T. Lee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
TRUSTEES OF THE LOCAL 810 INTERNATIONAL )
BROTHERHOOD OF TEAMSTERS AFFILIATED )
PENSION PLAN, UNITED WIRE METAL AND )
MACHINE HEALTH & WELFARE FUND and LOCAL ) Index No. 10-CIV-2981
810 INTERNATIONAL BROTHERHOOD OF ) (CBA)(RLM)
TEAMSTERS )
 ) **DEFAULT JUDGMENT**
                                  Plaintiffs, )
 )
        -against- )
 )
HYGRDE METAL POLISHING AND PLATING )
COMPANY )
 )
                                  Defendant. )
-------------------------------------------------------------

The summons and complaint in this action having been duly served on the above-named defendant Hygrade Metal Polishing and Plating Company and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Mark A. Torres, the attorney for the plaintiff, it is hereby [as supplemented by materials submitted on 9/13/10] ORDERED and ADJUDGED that, the Board of Trustees of the Local 810 International Brotherhood of Teamsters Affiliated Pension Plan, United Wire Metal and Machine Health and Welfare Fund and Local 810 International Brotherhood of Teamsters, the plaintiffs, do recover of Hygrade Metal Polishing and Plating Company, the defendant, residing at 22-07 41st Avenue, Long Island City, New York 11101, the amount claimed, plus interest in the sum of $155,700.49, and $480.00 costs and disbursements, amount in all to the sum of $156,180.49, plus interest at

the legal rate in effect on the date of this judgment; and, that the plaintiff have execution therefor.

Dated: Brooklyn, New York
~~August~~ September 13, 2010

By: s/Carol B. Amon
Carol B. Amon
District Judge

cc:
Hygrade Metal Polishing and Plating Company
22-07 41st Avenue
Long Island City, NY 11101